19MAG 4034

Approved by: _____
DAVID PRESLEY
Special Assistant United States Attorney

Before:    HONORABLE MARTIN R. GOLDBERG
           United States Magistrate Judge
           Southern District of New York

- - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :     MISDEMEANOR
                                        COMPLAINT
                                  :
       -v-                              Violation of
                                  :     NYPL 155.25
DALE C. PAGE                      :

                                  :     COUNTY OF OFFENSE:
       Defendant                        WESTCHESTER
                                  :
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK, ss.:

   ANTHONY LUCIANO, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York, and charges as follows:

COUNT ONE

   On or about March 23, 2018, at the Montrose Veterans Administration Hospital, Montrose, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, DALE C. PAGE, the defendant, unlawfully, knowingly and willfully the defendant, unlawfully, knowingly and willfully stole property belonging to another, to wit, the defendant stole a blue bag with loose change from a vending machine.

(New York Penal Law 155.25)

   The bases for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans

Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2. Upon information and belief, on or about March 23, 2018 at approximately 11:53 a.m., Canteen service employee, John Connolly and his supervisor reported to Police Services to report the theft of money. Connolly stated that he had been loading the vending machines in building 3, room 15. Connolly stated that he exchanged currency in the machines and brings the cash back to his supervisor. Connolly stated he had three blue money bags. When he arrived at his supervisor's office to give him the bags, he noticed one of the bags was missing. Connolly stated he returned to building 3 room 15 to see if the bag was there. Connolly stated he could not locate the bag, so he returned to his supervisor and informed him of the missing money bag which contained $165.

3. The supervisor and Connolly then both went back to building 3, room 15, to conduct another search. Again the bag was not located and the two went to police services to report the theft.

4. Upon completing the interview, Investigator Luciano and Officer Lash reviewed video surveillance of the area of room 15 in building 3. At approximately 10:40 a.m., they observed a male pacing back and forth and looking into room 15 of building 3. Then at approximately 11:00, the video shows the same male leaving room 15 in which Connolly was conducting his canteen duties. The footage shows the gentleman leaving the room in a hurry and looked to have had a blue money bag in his left hand covered by what appeared to be a magazine of some sort.

5. On March 26, 2018, after further investigation, they discovered the person of interest entered the facility at approximately 10:30 a.m. the morning of the theft via building 4 continuing through the hallway to building 3 where he observed the canteen employee and his cart where the money bag was placed. The person of interest is seen pacing back and forth between the area of the cart and hallway maintaining continuous observations. The individual then removes a magazine from the Urgent Care waiting room and used the same to camouflage the money bag as he removed it from the cart. The person of interest then exited the area toward building 15 through the hallway until he exited the building near building 16. He continued walking through building 16 parking lot and then off site via the main entrance. The person of interest at one point had taken a plastic bag from the retail store and entered a bathroom.

Upon exiting the bathroom, the individual had the bag with unknown contents inside.

6. Upon further investigation and reaching out to local law enforcement, the defendant was identified as a possible suspect in the case. A photo array was provided to Connolly and he positively identified the defendant as person who asked him a question when he was working on March 23, 2018 in building 3, room 15.

7. The defendant was located and brought to police services for questioning on May 23, 2018. He was advised of his rights which he invoked. The defendant was processed and was issued a United States District Court Violation Notice for Petit Larceny (DCVN Number 6744753/SY53) and released.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
ANTHONY LUCIANO
VA Police Service


Sworn to before me this
25th day of April, 2019

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York