UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

          Plaintiff,

-against-

Dale C. Page,

          Defendant.

---

7:19-MJ-4034(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on April 25, 2019 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on April 25, 2019, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant Dale C. Page, is sentenced to

(1) A conditional Discharge for a term of six (6) months on the conditions that:

    (a) The defendant pays restitution in the amount of $165.00; and

(2) A fine of $200.00 with time to pay White Plains by June 26, 2009 or he is to appear on June 27, 2019 in U.S. District Court.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: July 18, 2019
Poughkeepsie, N.Y.